UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

---------------------------------------------------------------X
CONNECTICUT MARINE SERVICES, INC.
d/b/a SEA TOW SOUTHERN CONNECTICUT

                            Plaintiff,           C.A. No.: 1:23-cv-00305-MSM-LDA

    -against-

ROGER JOHN KENDRICK, in personam, and
the OCEAN PEARL, a 2011 Oyster 625 Sailing
Yacht, and its engine, bunkers, spars, sails,
contents and appurtenances, etc., in rem,

                            Defendants.
---------------------------------------------------------------X

## ORDER FOR MARITIME ARREST OF DEFENDANT VESSEL

THIS MATTER is before the Court upon Plaintiff CONNECTICUT MARINE SERVICES, INC. d/b/a SEA TOW SOUTHERN CONNECTICUT's Motion for Order Directing Issuance of Warrant for Maritime Arrest In Rem with Incorporated Memorandum of Law. The Court has carefully considered said Motion, reviewed the Court file and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Order Directing Issuance of Warrant for Maritime Arrest In Rem with Incorporated Memorandum of Law is hereby GRANTED;

2. The Clerk of this Court shall issue forthwith a Warrant for Maritime Arrest In Rem for the OCEAN PEARL, a 2011 Oyster 625 Sailing Yacht, and its engine, bunkers, spars, sails, contents and appurtenances, etc. and all other necessaries thereunto appertaining and belonging (collectively referred to herein as the "Vessel")

directing the United States Marshal for the District of Rhode Island to arrest said Vessel which is located in the State of Rhode Island;

      3.      That any person claiming an interest in said Vessel pursuant to this Order shall upon application to this Court and notice to any appearing parties or their attorneys, be entitled to a prompt hearing at which Plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted; and

      4.      That the United States Marshal for the District of Rhode Island shall attach and serve a copy of this Order with the Warrant for Maritime Arrest In Rem upon the Vessel.

DONE AND ORDERED in Chambers at Providence, Rhode Island on this  1st  day of August 2023.

*Mary S. McElroy*
_____
United States District Judge

Copies furnished:

Counsel of Record
United States Marshals Service